```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. RODRIGUEZ,

                        Plaintiff,

-against-

CARE DESIGN NEW YORK, ANABEL BATISTA; IESHA GRAHAM; KAREN GUARENTE,

                        Defendants.

1:19-cv-09206-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Defendants' October 13, 2021 request to deny Plaintiff's motion for a certificate of default and request for default judgment, Dkt. No. 28, is granted. The Court understands from that request that Plaintiff's second amended complaint was not served on Defendants, but that Defendants have waived service effective October 13, 2021. Accordingly, Defendants' response to Plaintiff's second amended complaint is due no later than sixty days from October 13, 2021. The Court will schedule an initial pre-trial conference in this matter by separate order to be entered today.

      The Clerk of Court instructed to terminate the motion at Dkt. No. 20.

SO ORDERED.

Dated: October 13, 2021
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                            United States District Judge