UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2021

JOSE A. RODRIGUEZ,

                Plaintiff,

-against-

CARE DESIGN NEW YORK, ANABEL BATISTA; IESHA GRAHAM; KAREN GUARENTE,

                Defendants.

1:19-cv-09206-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Defendants' October 25, 2021 request for an extension of time to file an initial case management plan and status update (the "Request"), Dkt. No. 33, is granted. From the Request, the Court understands that Defendants are considering whether to move to dismiss Plaintiff's complaint, and that Plaintiff wishes to engage in settlement discussions. Thus, the Court will construe the Request as seeking an adjournment of the initial pre-trial conference currently scheduled in this case. *See* Dkt. No. 30.

      The deadline for Defendants to answer or otherwise respond to Plaintiff's complaint is currently December 13, 2021. Accordingly, the initial pre-trial conference currently scheduled for November 1, 2021 at is adjourned to December 20, 2021 at 4:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and proposed case management plan described in the Court's October 14, 2021 order, Dkt. No. 30, are due no later than December 13, 2021.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated:  October 26, 2021
        New York, New York

_____
GREGORY H. WOODS
United States District Judge