```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. RODRIGUEZ,

                Plaintiff,

-against-

CARE DESIGN NEW YORK, ANABEL BATISTA; IESHA GRAHAM; KAREN GUARENTE,

                Defendants.

1:19-cv-09206-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received Plaintiff's November 19, 2021 letter to Court regarding, among other things, communications with Defendants' attorney. Dkt. No. 36. The Court will address the issues in that letter, among other things, during the initial pre-trial conference currently scheduled for December 20, 2021 at 4:00 p.m. In addition, though that conference was previously scheduled to be held remotely, it will instead be held in person in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

    SO ORDERED.

Dated: November 19, 2021
       New York, New York

                                        GREGORY H. WOODS
                                      United States District Judge