```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. RODRIGUEZ,

                Plaintiff,

-against-

CARE DESIGN NEW YORK, ANABEL BATISTA; IESHA GRAHAM; KAREN GUARENTE,

                Defendants.

1:19-cv-09206-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Contrary to the Court's December 14, 2021 order entered earlier today, Dkt. No. 41, the initial pre-trial conference and pre-motion conference regarding Defendants' proposed motion to dismiss Plaintiff's complaint will be held on December 20, 2021 at 4:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is directed to mail of a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated:   December 14, 2021
         New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge