```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE A. RODRIGUEZ,

                Plaintiff,

-against-

CARE DESIGN NEW YORK, ANABEL BATISTA; IESHA GRAHAM; KAREN GUARENTE,

                Defendants.

1:19-cv-09206-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Defendants' December 15, 2021 request to hold the December 20, 2021 status remotely, Dkt. No. 43, is granted. The December 20, 2021 status conference will be held via teleconference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

    The Clerk of Court is directed to mail of a copy of this order to Plaintiff by certified mail.

    SO ORDERED.

Dated:    December 16, 2021
            New York, New York

                                                    GREGORY H. WOODS
                                                 United States District Judge