USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE A. RODRIGUEZ,

                Plaintiff,

-against-

CARE DESIGN NEW YORK, ANABEL BATISTA; IESHA GRAHAM; KAREN GUARENTE,

                Defendants.

1:19-cv-09206-GHW

ORDER

---

GREGORY H. WOODS, United States District Judge:

On December 20, 2021, the Court held a conference to discuss, among other things, Defendants' request to file a motion to dismiss Plaintiff's complaint. For the reasons articulated on the record during that conference, Defendants' request is granted. Defendants' motion to dismiss is due no later than January 24, 2022. As further discussed on the record during that call, after reviewing Defendant's motion, Plaintiff may either file an opposition to that motion or file an amended Complaint, and must do so by February 21, 2022. Defendants' reply is due no later than two weeks after service of Plaintiff's opposition.

In addition, for the reasons articulated on the record during that conference, discovery in this case is stayed pending resolution of Defendants' motion to dismiss.

Plaintiff is reminded that there are numerous resources available to assist him in litigating this case, including the New York Legal Assistance Group's Pro Se Clinic. More information about that clinic can be found at www.nylag.org/pro-se-clinic.

The Clerk of Court is directed to mail of a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated:    December 21, 2021
            New York, New York

                                                      GREGORY H. WOODS
                                                     United States District Judge